**Avaine STRONG, Plaintiff–Appellant,**

v.

**GRAMBLING STATE UNIVERSITY; Frank G. Pogue; Connie R. Walton; Evelyn Wynn; Danny E. Hubbard; Monica Bradley; Raymond Abraham; University of Louisiana System Board of Supervisors; Wayne Parker; Russell Mosely; Paul Aucoin; Andre Coudrain; Edward J. Crawford, III; William Dearmon; Jimmy R. Fair-**

clogh, Jr.; David Guidry; E. Gerald Hebert; Louis J. Lambert; Renee Lapeyrolerie; John O. Letard; Jimmy Long, Sr.; Jimmie Martin, Jr., also known as Beau; Carl Shetler; Winfred Sibelle, **Defendants–Appellees.**

No. 15–30316
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 27, 2015.

Avaine Strong, Monroe, LA, pro se.

Jay Perkins Adams, Sara G. White, Hudson, Potts & Bernstein, L.L.P., Monroe, LA, for Defendant–Appellees.

Before REAVLEY, JONES, and SMITH, Circuit Judges.

PER CURIAM: *

Avaine Strong, *pro se,* sued his employer, Grambling State University, and various other defendants, complaining of his treatment as a university employee. The district court observed that "it is difficult to discern the basis on which Strong is claiming discrimination—his race, gender, status as heterosexual." Nonetheless, the court dismissed, concluding that "Strong's claims are wholly unsupported and meritless."

We agree. The district court admirably supported its conclusions with a detailed, eighteen-page Memorandum Ruling signed on March 25, 2015. Nothing in this record

---

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

suggests a violation of law. The judgment is AFFIRMED, essentially for the reasons assigned by the district court. Strong's motion to strike is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.